IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

      v.                     NO. 2:07-cv-02108-RTD

DON ADAMS,
DRENNON G. ADAMS,
LULA MAE COOK, aka LULA MAE DILLARD,
and A & A INVESTMENTS d/b/a
PHOENIX VILLAGE APARTMENTS                                            DEFENDANT

### ORDER

Before the court is Plaintiff's Motion for Disbursement of Funds to Claimants from Aggrieved Persons' Fund. (Doc. 6). The parties have reached an agreement as to this issue and, as such, Plaintiff's motion is denied as MOOT. In light of the above, the motion hearing scheduled for June 10, 2010, is hereby terminated. (Doc. 16).

IT IS SO ORDERED this 8th day of June 2010.

                                              /s/ *J. Marschewski*
                                          HON. JAMES R. MARSCHEWSKI
                                          CHIEF U.S. MAGISTRATE JUDGE